IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JAMES T. BUECHLER<br>*Individually and on behalf of all others similarly situated,* | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No.: 1:11-cv-1238 |
| | |
| BALTIMORE AUTO RECYCLING, INC.<br>d/b/a CRAZY RAYS | * |
| | * |
| and | |
| | * |
| FIVE STAR LEASING CORPORATION<br>d/b/a FIVE STAR ATM, | |
| | * |
| *Defendants.* | * |

*   *   *   *   *   *   *   *   *   *   *   *   *

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff dismisses this action with prejudice.

Dated: August 22, 2011                Respectfully Submitted,

"APPROVED"
8/22/11
Date

/s/ William D. Quarles, Jr.
William D. Quarles, Jr.
United States District Judge

/s/ E. David Hoskins
E. David Hoskins, Bar No. 06705
LAW OFFICES OF E. DAVID HOSKINS, LLC
Quadrangle Building at Cross Keys
2 Hamill Road, Ste. 362
Baltimore, Maryland 21210
(410) 662-6500 (Tel.)
(410) 662-7800 (Fax)
dhoskins@hoskinslaw.com

1